Alan Herzfeld
Scott McKay
NEVIN, HERZFELD, BENJAMIN & McKAY, LLP
303 W. Bannock
P.O. Box 2772
Boise, ID 83701
Telephone: (208) 343-1000
Fax: (208) 345-8274

Richard P. Blumberg
WEBSTER, MRAK & BLUMBERG
1422 Seneca Street
Seattle, WA 98101
Telephone: (206) 223-0344
Fax: (206) 223-0316

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN ALEXANDER, *et al.* | Case No. CV01-0189-S-LMB |
| Plaintiffs, | NOTICE OF DISMISSAL |
| v. | |
| ALBERTSON'S, INC., | |
| Defendant. | |

  Plaintiffs in the above-entitled action, through their attorneys, give notice of the dismissal of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

NOTICE OF DISMISSAL- Page 1

ORIGINAL

Dated this 10th day of September, 2001.

| WEBSTER, MRAK & BLUMBERG | NEVIN, HERZFELD, BENJAMIN & McKAY LLP |
|---|---|
| Richard P. Blumberg | 303 W. Bannock |
| 1422 Seneca Street | P.O. Box 2772 |
| Seattle, Washington 98101 | Boise, Idaho 83701 |
| Telephone (206) 223-0344 | Telephone (208) 343-1000 |
| Facsimile (206) 223-0316 | Facsimile (208) 345-8274 |

By _____
Scott McKay

Attorneys for Plaintiffs

NOTICE OF DISMISSAL - Page 2